UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BRIAN ESTRIGHT,**

    **Plaintiff,**

v.          Case No. 8:06-cv-1573-T-30TBM

**HOFFMANN-LA ROCHE, INC., et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Voluntary Dismissal Without Prejudice (Dkt. #14). In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice, each side to bear its own attorneys' fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 23, 2007.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-1573.dismissal 14.wpd